# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MYLES RAMZEE,** | : | **CIVIL ACTION NO. 1:05-CV-1328** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **LOUIS FOLINO, et al.,** | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 21st day of November, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1), brief in support of the petition (Docs. 11-12), response, and accompanying record (Doc. 18), and it appearing that there are references to the Notes of Testimony, opinions issued in the direct appeal proceedings, the second Post Conviction Relief Act (PCRA) petition, and Supreme Court of Pennsylvania opinions relating to both the first and second post conviction proceedings, and it further appearing that these documents are not part of the record, but are essential to the disposition of the matter, it is hereby ORDERED that respondents shall, within fifteen days of the date of this order, expand the record to include the Notes of Testimony, any and all opinions disposing of petitioner's direct appeal, the second PCRA petition, and the Pennsylvania Supreme Court post conviction proceedings opinions addressing both the first and second PCRA petitions.  See R. GOVERNING § 2254 CASES R. 7.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge